1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   IN RE KEITH DESMOND TAYLOR,        )   No. C 09-2810 MMC (PR)
                                        )
12              Plaintiff.              )   **ORDER OF DISMISSAL**
     _____    )
13
14        On June 24, 2009, the above-titled action was opened when plaintiff, a California
15   prisoner proceeding pro se, filed a letter complaining that he had been punished without cause
16   by prison officials and that he is seeking monetary damages. That same date, the Court
17   notified plaintiff in writing that the action was deficient due to plaintiff's failure to submit a
18   complaint. In said notice, plaintiff was advised that his failure to submit a complaint within
19   thirty days would result in dismissal of the action. Along with said notice, plaintiff was sent a
20   copy of the court's civil rights complaint form, instructions for completing it, and a return
21   envelope.
22        Also on June 24, 2009, the Court notified petitioner in writing that the action was
23   deficient due to plaintiff's failure to pay the requisite filing fee or, instead, to submit a
24   completed court-approved IFP application. In said notice, plaintiff was advised that his
25   failure to pay the filing fee or, alternatively, to file a completed IFP application, within thirty
26   days, would result in dismissal of the action. Along with said notice, plaintiff was sent a copy
27   of the court's IFP application, instructions for completing it, and a return envelope.
28        Plaintiff has not responded to either of the Court's deficiency notices. Accordingly, as

1 more than thirty days have passed since the issuance of the above-referenced deficiency
2 notice, and plaintiff has not submitted a complaint, completed the IFP application or paid the
3 filing fee, the above-titled action is hereby DISMISSED without prejudice.
4     The Clerk shall close the file.
5     IT IS SO ORDERED.
6 DATED: July 28, 2009

                      MAXINE M. CHESNEY
                      United States District Judge

2