IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE KEITH DESMOND TAYLOR,<br><br>      Plaintiff,<br>_____ / | No. CV-09-2810 MMC (PR)<br><br>**JUDGMENT IN A CIVIL CASE** |

    **( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS SO ORDERED AND ADJUDGED** the above-titled action is hereby DISMISSED without prejudice.

Dated: July 28, 2009                                    Richard W. Wieking, Clerk

                                                                               *Tracy Lucero*

                                                                               By: <u>Tracy Lucero</u><br>                                                                               <u>Deputy Clerk</u>